UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

FIRST AMENDED PLAN

DEBTOR: Rebeca Carbonell          JOINT DEBTOR:_____          CASE NO.: 13-22143-RBR

Last Four Digits of SS# __5305__          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $198.89 for months _1_ to _60_ ;in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $3,500.00+$750.00(Motion to Value)+$730.00(Motion to Value)+$26.00 (costs)=$5006.00 TOTAL PAID $ 2,500.00 Balance Due $2,506.00 payable $179.00 /month (Months _1_ to _14_ )

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __NONE__            Arrearage on Petition Date   $

Address:_____     Arrears Payment   $_____/month
                 (Months _____ to _____ )
   _____       Regular Payment   $_____/month
                 (Months _____ to _____ )

Account No:

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America (XXXX6399) | Homestead Property: 4394 SW 24th Street Ft. Lauderdale, FL 33317 $48,000.00 | 0% | $0.00 | None | Strip off mortgage |
| Ocwen Loan Servicing, LLC (XXXX2318) | 317 East 8th Street Hialeah, FL 33010 $ 156,927.00 | 0 % | $0.00 | None | Strip off mortgage |

LF-31 (rev. 01/08/10)

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE                                             Total Due      $
                        Payable             $_____/month (Months_____ to _____) Regular
                        Payment $

Unsecured Creditors:  Pay $179.00 /month (Months 15 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current and paying Bank of America (Loan No. XXXX2755) for the property located at 4394 SW 24th Street, Ft. Lauderdale, FL 33317 directly outside the plan. Ocwen Loan Servicing (Loan No. XXXX1085)is being paid directly outside the plan for the property located 317 East 8th Street, Hialeah, FL 33010 and Catholic Cemeteries of the Archdiose of Miami is being paid directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.
Attorney for the Debtor                                             Joint Debtor
Date:  8/23/13                                                      Date:

LF-31 (rev. 01/08/10)